IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-1045-ZLW-CBS

JUDY HAYWARD,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

_____

## ORDER

    In consideration of Plaintiff's Notice Of Settlement, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before October 20, 2006.  If by that date settlement papers have not been received by the Court, on October 27, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this  12  day of October, 2006.

                              BY THE COURT:

                              *[signature: Zita L. Weinshienk]*

                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court